**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District Of New York
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | SCPD Gramercy 1 LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 3 2 - 0 4 2 2 8 7 0 | |
| 4. Debtor's address | **Principal place of business**<br><br>327 East 22nd Street<br>Number   Street<br><br>New York      NY    10010<br>City          State  ZIP Code<br><br>NEW YORK<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box 007<br>Number   Street<br><br>P.O. Box<br><br>New York      NY    10150<br>City          State  ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City          State  ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Debtor   **SCPD Gramercy 1 LLC**                                                Case number (if known) _____
         Name

### 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2  3  3  1

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☒ No
☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

If more than 2 cases, attach a separate list.

           District _____ When _____ Case number _____
                                     MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☒ Yes. Debtor  **SCPD Gramercy 1 Holding LLC**   Relationship  **See Attachment 1**
        District  **S.D.N.Y.**                    When  **06/30/2016**
                                                        MM / DD / YYYY
        Case number, if known _____

List all cases. If more than 1, attach a separate list.

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

Debtor   **SCPD Gramercy 1 LLC**                                     Case number (if known)_____
         <sub>Name</sub>

**11. Why is the case filed in *this district*?**

Check all that apply:

[x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[x] No

[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

Where is the property? _____
                      Number    Street

_____
City                              State    ZIP Code

Is the property insured?

[ ] No
[ ] Yes. Insurance agency _____
       Contact name       _____
       Phone              _____

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

Check one:

[x] Funds will be available for distribution to unsecured creditors.
[ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

[x] 1-49            [ ] 1,000-5,000        [ ] 25,001-50,000
[ ] 50-99           [ ] 5,001-10,000       [ ] 50,001-100,000
[ ] 100-199         [ ] 10,001-25,000      [ ] More than 100,000
[ ] 200-999

**15. Estimated assets**

[x] $0-$50,000              [ ] $1,000,001-$10 million      [ ] $500,000,001-$1 billion
[ ] $50,001-$100,000        [ ] $10,000,001-$50 million     [ ] $1,000,000,001-$10 billion
[ ] $100,001-$500,000       [ ] $50,000,001-$100 million    [ ] $10,000,000,001-$50 billion
[ ] $500,001-$1 million     [ ] $100,000,001-$500 million   [ ] More than $50 billion

Debtor  **SCPD Gramercy 1 LLC**
         Name                                                            Case number (if known)

### 16. Estimated liabilities

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/30/16
              MM / DD / YYYY

X _/s/ Arnold Cariaso_         Arnold Cariaso
Signature of authorized representative of debtor      Printed name

Title  See Attachment 2

### 18. Signature of attorney

X _/s/ Douglas J. Pick_                                  Date  6/30/16
Signature of attorney for debtor                               MM / DD / YYYY

Douglas J. Pick, Esq.
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Avenue, 12th Floor
Number    Street

New York                                       NY         10017
City                                           State      ZIP Code

(212) 695-6000                                 dpick@picklaw.net
Contact phone                                  Email address


Bar number                                     State

# Attachment

Debtor: SCPD Gramercy 1 LLC      Case No:

**Attachment 1**

Debtor in Affiliated Case is Sole Owner of Debtor Herein

**Attachment 2**

Authorized Signor on Behalf of Sole Member (SCPD Gramercy 1 Holding LLC)